

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00277-CV

## IN THE INTEREST OF D.L.J.K., A CHILD,

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2009-1587-3**

## MEMORANDUM  OPINION

On November 3, 2009, we notified Appellant that this court may not have jurisdiction over this appeal because it appears that she is attempting to appeal an order or judgment that is not final.  We stated that the appeal would be dismissed for want of jurisdiction unless Appellant filed within twenty-one days a response showing grounds for continuing the appeal.  No response has been filed.

We dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  Appellant's motion to abate is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed; motion to abate denied
Opinion delivered and filed December 16, 2009
[CV06]